O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6508 AHM (Ex) | Date | September 19, 2008 |
|---|---|---|---|
| Title | CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY v. FLORO MAGNAYE ROSAL | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |// 
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

     In the Court's scheduling order issued on March 24, 2008, the Court set September 15, 2008 as the last date on which to comply with the settlement conference requirement of Local Rule 16-15.  Plaintiff has notified the Court that a settlement conference was scheduled for September 15, 2008 and that neither Defendant nor defense counsel, William Becker, appeared.  On September 9, 2008, Magistrate Judge Eick filed a proposed Report and Recommendation regarding terminating sanctions for repeated discovery-related violations.  The Court ORDERS Defendant and his counsel to SHOW CAUSE in writing by not later than September 30, 2008 why each should not be sanctioned $250 for failure to appear at the settlement conference, why each should not be required to pay Plaintiff's counsel reasonable attorneys' fees for attending that settlement conference, and why the sanction of default judgment should not be imposed for the reasons stated in the Magistrate's Report and Recommendation.

                                                                                                                    :

Initials of Preparer            SMO