O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6508 AHM (Ex) | Date | December 1, 2008 |
|---|---|---|---|
| Title | CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY v. FLORO MAGNAYE ROSAL | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

At the hearing on Plaintiff's Motion for Default Judgment on November 24, 2008, Defendant made an oral motion to set aside the default. The Court granted Defendant's motion on the condition that Defendant pay $1,500 in attorney's fees by December 1, 2008. Plaintiff reports that Defendant has made the payment. Therefore, the Court GRANTS Defendant's motion to set aside the default and DENIES Plaintiff's Motion for Default Judgment.[1]

_____ : _____

Initials of Preparer

---

[1] Docket No. 37.