1  ALEXANDER B. CVITAN (SBN 81746), and
   MARSHA M. HAMASAKI (SBN 102720), Members of          JS - 6
2  REICH, ADELL & CVITAN
   A Professional Law Corporation
3  3550 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90010-2421
4  Telephone: (213) 386-3860
   Facsimile: (2l3) 386-5583
5  E-Mails: alc@rac-law.com, marshah@rac-Law.com

6  Attorneys for Plaintiff, Construction Laborers Trust Funds for
   Southern California Administrative Company, LLC

7

8                   UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 CONSTRUCTION LABORERS TRUST      ]   CASE NUMBER
   FUNDS FOR SOUTHERN CALIFORNIA    ]
12 ADMINISTRATIVE COMPANY, a        ]   CV07-06508 AHM (Ex)
   Delaware limited liability       ]
13 company,                         ]   ORDER GRANTING SUMMARY
                                    ]   JUDGMENT AND JUDGMENT FOR
14                                  ]   MONETARY DAMAGES; AND
                      Plaintiff,    ]   PERMANENT INJUNCTION
15                                  ]
      vs.                           ]   DATE:    OCTOBER 20, 2008
16                                  ]   TIME:    10:00 A.M.
                                    ]   PLACE:   COURTROOM 14
17 FLORO MAGNAYE ROSAL, an          ]            SPRING STREET
   individual doing business as     ]
18 ROYAL CONSTRUCTION,              ]   DISCOVERY CUT-OFF:
                                    ]   SEPTEMBER 8, 2008
19                                  ]   PRE-TRIAL DATE:
                      Defendant.    ]   DECEMBER 1, 2008
20                                  ]   TRIAL DATE:
                                    ]   DECEMBER 16, 2008
21 _____]

22

23      The Court, having heard the Plaintiffs' Motion for Summary

24 Judgment or in the Alternative for Summary Adjudication of Issues,

25 for a Final Order for Accounting and Permanent Injunction, after

26 considering all of the evidence and argument presented by the

27 parties, hereby grants the motion.

28 //

                                -1-

LA07CV06508AHM-O.wpd

1    The Court finds that Plaintiff has established all facts to

2    support judgment as a matter of law against Defendant, FLORO ROSAL

3    an individual doing business as ROYAL CONSTRUCTION, and

4        IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

5        1.   Judgment is entered in favor of the plaintiff,

6    CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA

7    ADMINISTRATIVE COMPANY, a Delaware limited liability company

8    (hereinafter "ADMINCO"), an administrator of, agent for collection

9    for, fiduciary to, and on behalf of, the LABORERS HEALTH AND

10   WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS

11   PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS

12   VACATION TRUST FOR SOUTHERN CALIFORNIA, and LABORERS TRAINING AND

13   RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter

14   collectively "TRUST FUNDS"), and against FLORO ROSAL an individual

15   doing business as ROYAL CONSTRUCTION ("EMPLOYER"), for the

16   principal sum of $61,495.69, plus $28,909.85 in interest,

17   $22,725.00 for attorney's fees; and $1,098.22 in costs, for a

18   total monetary judgment in the amount of $114,228.76.

19       2.   The money judgment entered in this action is for known

20   delinquencies incurred by EMPLOYER on his Jefferson Middle School,

21   San Gabriel Elementary School and Nightingale Middle School

22   projects, during the period from January 2003 through January 2004

23   only based upon a partial audit of the records produced by

24   EMPLOYER on said projects.  Since TRUST FUNDS were unable to

25   conduct a complete audit of EMPLOYER'S records, as to the time

26   period from January 2003 and thereafter, entry of the money

27   judgment in this action shall not be or operate as a bar and/or

28   res judicata as to either the amount of delinquencies which may be

-2-

1   discovered by any further audit conducted by ADMINCO or the TRUST
2   FUNDS' representatives and/or disclosed through claims submitted
3   by employees, and/or in any action brought to recover the
4   subsequently disclosed delinquencies.
5       3.   IT IS FURTHER ADJUDGED AND DECREED, that a Permanent
6   Injunction is issued against, EMPLOYER, its managing employees,
7   successors, agents, and all others acting in active concert or
8   participation with EMPLOYER, and EMPLOYER is required to:
9               (a)  Deliver, or cause to be delivered, to the offices
10                   of the Construction Laborers Trust Funds for
11                   Southern California no later than 4:30 p.m., on the
12                   20th day of each month:
13              (b)  A complete, truthful, and accurate "Employers
14                   Monthly Report to Trustees", covering all hours
15                   worked by employees of EMPLOYER covered by the
16                   Collective Bargaining Agreement with the Southern
17                   California District Council of Laborers on all Los
18                   Angeles Unified School District projects covered by
19                   the "Project Stabilization for Los Angeles Unified
20                   School District Proposition BB New School
21                   Construction and Major Rehabilitation" and "Project
22                   Stabilization Agreement - New School Construction
23                   and Major Rehabilitation Funded by Proposition BB
24                   And/Or Measure K" (collectively "PSA");
25              (c)  An affidavit or declaration from EMPLOYER attesting
26                   from his own personal knowledge, under pain of
27                   perjury, to the completeness, truthfulness and
28                   accuracy of the "Employers Monthly Report to the

-3-

1            Trustees"; and

2       (d)   A Cashier's check or certified check for the full

3            amount shown as owing by said report payable to the

4            Construction Laborers Trust Funds for Southern

5            California.

6

7      **THE FAILURE OF EMPLOYER TO COMPLY WITH THIS ORDER MAY BE**

8 **GROUNDS FOR CONTEMPT OF COURT.**

9

10 Dated: July 6, 2009

11

12                                     A. HOWARD MATZ, Judge of the

13     **JS-6**                        UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF

14                                     CALIFORNIA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA07CV06508AHM-O.wpd